UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHN W. KOWALCHUCK, JR.,　　　　　　　　　　　CV 17-2146 (GRB)

           Plaintiff,

    -against-　　　　　　　　　　　　　　　　　　**NOTICE OF MOTION TO**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**WITHDRAW AS COUNSEL**

METROPOLITAN TRANSPORTATION
AUTHORITY,

           Defendant.
-----------------------------------------------------------------X

    PLEASE TAKE NOTICE that, upon the accompanying Declaration of David C Hollander, dated November 13, 2020, annexed hereto, David C Hollander, attorney for Defendant, moves this Court for an Order pursuant to Local Rule 1.4 granting leave to withdraw as counsel for Defendant.

    WHEREFORE, attorney for Defendant, David C Hollander, respectfully request that the Court enter an order granting the relief requested herein.

Dated:  New York, New York
          November, 13, 2020

                                            HOGUET NEWMAN REGAL & KENNEY, LLP

                                            By: *[signature]*
                                            David C Hollander
                                            One Grand Central Place
                                            60 East 42nd Street, 48th Fl
                                            New York, NY 10165
                                            Phone:  212-689-8808
                                            *Attorney for Defendants*