UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHN W. KOWALCHUCK, JR.,　　　　　　　　　　　CV 17-2146 (GRB)

       Plaintiff,

  -against-　　　　　　　　　　　　　　　　　　　**DECLARATION OF**
　　　　　　　　　　　　　　　　　　　　　　　　　　**DAVID C HOLLANDER**

METROPOLITAN TRANSPORTATION
AUTHORITY,

       Defendant.
-----------------------------------------------------------------X

    David C Hollander, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury that the following is true and correct:

1. I am an associate with Hoguet Newman Regal & Kenney, LLP and I have appeared on behalf of Defendant in this action.

2. I will be leaving Hoguet Newman Regal & Kenney, LLP on November 15, 2020, after which time I will have no involvement whatsoever in this matter. Defendant does not expect that my withdrawal as counsel will cause any disruption in this matter. Hoguet Newman Regal & Kenney, LLP will continue the representation of Defendant in this matter.

3. I respectfully that this Court grant leave for David C Hollander to withdraw as counsel in this action and to please terminate me from the docket sheet.

Dated: New York, New York
       November, 13, 2020

                                                                  _____
                                                                   David C Hollander